# Third District Court of Appeal

## State of Florida

Opinion filed April 24, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-589
Lower Tribunal No. 20-286-K
_____


**Ramon Motley,**
Appellant,

vs.

**Divya M. Nanjappa,**
Appellee.


An Appeal from the Circuit Court for Monroe County, Bonnie J. Helms, Judge.

Morgan & Morgan, and Brian J. Lee (Jacksonville), for appellant.

Boyd & Jenerette, PA, and Kansas R. Gooden, and Kevin D. Franz (Boca Raton), for appellee.


Before LOGUE, C.J., and FERNANDEZ and GORDO, JJ.

PER CURIAM.

Affirmed.  See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) and John Moriarty & Assocs. of Fla, Inc. v. Thyssenkrupp Elevator Corp., 272 So. 3d 464, 465 (Fla. 3d DCA 2019) ("In the absence of a transcript of the lower court proceedings, and finding no legal error apparent on the face of the order enforcing the settlement, we cannot conclude the trial court erred in rendering the order under review and therefore affirm.").